AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

Case No.   5:16CR50050-001
USM No.   19578-078

OMAR FRIAS

Joe Alfaro
_Defendant's Attorney_

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1 through 9 and 11   of the term of supervision.

☒ was found in violation of condition(s) count(s)   10   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 10/17/2023 |
| 2 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 10/25/2023 |
| 3 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 11/29/2023 |
| 4 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 12/27/2023 |
| 5 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 01/03/2024 |
| 6 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 05/20/2024 |
| 7 | Special Condition #4: Possession of Internet Capable Devices | 05/21/2024 |
| 8 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 07/08/2024 |
| 9 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 09/24/2024 |
| 10 | Standard Condition #7: Report any Changes to Employment | 09/24/2024 |
| 11 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 09/30/2024 |

The defendant is sentenced as provided on page   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Upon motion of the Government, the Court dismissed condition(s)_____ and the defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8774

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Lincoln, Arkansas

October 10, 2024
_Date of Imposition of Judgment_

/s/ J.L.B.
_Signature of Judge_

Honorable Timothy L. Brooks, United States District Judge
_Name and Title of Judge_

October 28, 2024
_Date_

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: OMAR FRIAS
CASE NUMBER: 5:16CR50050-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **eighteen (18) months. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**1. That the defendant be designated to FCI Oakdale.
2. That the defendant be allowed to participate in UNICOR programs.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL